# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STEVENS,<br><br>                              Movant,<br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>                            Respondent. | CIV. CASE NO. 07cv395 BTM<br>CRIM. CASE NO. 03cr2673 BTM<br><br>**ORDER GRANTING § 2255 MOTION** |

On March 2, 2007, Richard Stevens ("Defendant") filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. The Government has indicated that it does not oppose the motion. On May 4, 2007, the Court held a hearing on the motion. For the reasons set forth on the record, the motion is **GRANTED**, and Defendant's sentence is **VACATED**. Defendant shall be resentenced on **July 26, 2007 at 9:00 a.m.**

DATED: May 4, 2007

*Barry Ted Moskowitz*
Hon. Barry Ted Moskowitz
United States District Judge