# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STEVENS,<br><br>　　　　　　　　　Movant,<br>　vs.<br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Respondent. | CIV. CASE NO. 07cv395 BTM<br>CRIM. CASE NO. 03cr2673 BTM<br><br>**JUDGMENT IN CIVIL CASE** |

Judgment is hereby entered **GRANTING** Richard Stevens' motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence, and **VACATING** his sentence imposed on April 14, 2005.

DATED: May 4, 2007

*Barry Ted Moskowitz*

Hon. Barry Ted Moskowitz
United States District Judge